

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Mark Clark
v.
United States of America

**08CV2790
JUDGE GOTTSCHALL
MAG. JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mark Clark

| NAME (Type or print) |
|---|
| Timothy M. Hughes |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Timothy M. Hughes 6208982 |

| FIRM |
|---|
| Lavelle Law, Ltd. |

| STREET ADDRESS |
|---|
| 501 W. Colfax St. |

| CITY/STATE/ZIP |
|---|
| Palatine, IL 60067 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6208982 | 847.705-9698 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

MAY 1 4 2008
FILED
MAY 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT