## United States District Court for the Northern District of Illinois

Case Number: 08cv2790          Assigned/Issued By: j. n.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
               ☐ IFP       ☐ No Fee   ☐ Other _____
               ☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____             Receipt #: _____

Date Payment Rec'd: _____            Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

__2__ Original and __0__ copies on __5-16-08__ as to __u.s attny general;__
                                   (Date)
u.s. attny _____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05