AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Mark Clark<br>Plaintiff and Counterclaim Defendant | **SUMMONS IN A CIVIL CASE** |
| v. | |
| United States of America<br>Defendant and Counterclaim Plaintiff | CASE NUMBER:  08cv2790 |
| v. | ASSIGNED JUDGE:  GOTTSCHALL |
| Charles Green<br>Counterclaim Defendant | DESIGNATED  KEYS<br>MAGISTRATE JUDGE: |

TO: (Name and address of Defendant)

Charles Green
4246 South Wells Street
Chicago, Illinois 60609

**YOU ARE HEREBY SUMMONED** and required to serve upon Defendant and Counterclaim Plaintiff's Attorney:

Raagnee Beri
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044-0055

an answer to the counterclaim which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the counterclaim.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK                                                                                                                                DATE

3430946.1

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                                 *Signature of Server*

                                        _____
                                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3430946.1