IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARK T. CLARK, | ) | |
| | ) | |
| Plaintiff and Counterclaim Defendant, | ) | |
| | ) | |
| v. | ) | Civil No. 08-CV-2790 |
| | ) | Judge Gottschall |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant and Counterclaim Plaintiff, | ) | Courtroom: 2325 |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES GREEN, | ) | |
| | ) | |
| Counterclaim Defendant. | ) | |

## MARK CLARK'S ANSWER TO UNITED STATES OF AMERICA'S COUNTERCLAIM

NOW COMES, Mark T. Clark Plaintiff and Counterclaim Defendant and in answer to the United States of America Defendant and Counterclaim Plaintiff's counterclaim states as follows:

37. This counterclaim is brought pursuant to Rule 13 of the Federal Rules of Civil Procedure against Mark T. Clark and Charles Green. This Court has jurisdiction over this counterclaim pursuant to 28 U.S.C. §§ 1340 and 1346(c), and 26 U.S.C. § 7402.

**ANSWER**: Admits the allegations in Paragraph 37.

38. Pursuant to 26 U.S.C. § 7401, this counterclaim has been authorized and sanctioned by a delegate of the Secretary of the Treasury and is brought at the direction of the Attorney General of the United States of America.

**ANSWER**: Mark Clark currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 38.

39. This is an action to reduce to judgment federal tax assessments made against the counterclaim defendant Mark T. Clark and counterclaim defendant Charles Green, who reside within the jurisdiction of the Court or are otherwise subject to its jurisdiction.

**ANSWER**: Admits the allegations in Paragraph 39.

40. On September 5, 2007, a delegate of the Secretary of the Treasury made assessments in accordance with law against the counterclaim defendant Mark T. Clark, of a tax penalty, pursuant to 26 U.S.C. § 6672, by reason of his willful failure to collect, truthfully account for, and pay over income and Federal Insurance Contributions Act ("FICA") taxes withheld from the employees of Tolbert's Roofing and Construction, Inc. The chart below shows the amounts assessed for the respective quarters:

| TAX PERIOD ENDING | ASSESSED AMOUNT OF TRUST FUND RECOVERY PENALTY |
|---|---|
| March 31, 2003 | $44,327.09 |
| June 30, 2003 | $9,038.23 |
| September 30, 2003 | $6,784.75 |
| December 31, 2003 | $18,738.12 |
| March 31, 2004 | $45,471.88 |
| June 30, 2004 | $27,151.76 |
| September 30, 2004 | $45,471.88 |

**ANSWER**: Admits that an assessment was made on September 5, 2007 in the amounts listed above, but avers that this assessment was made properly and denies the remaining allegations of Paragraph 40.

41.   A delegate of the Secretary of the Treasury duly issued notice of the assessments described in Paragraph 40, above, to the counterclaim defendant Mark T. Clark, and made demand for payment.

**ANSWER**:  Denies the allegations of Paragraph 41.

42.   Despite notice and demand, the counterclaim defendant Mark T. Clark has failed, neglected or refused to pay his tax liabilities in full, and as such, he remains indebted to the United States for an unpaid assessed balance of $196,983.76, less any payments and credits, plus interest accruing after September 5, 2007.

**ANSWER**:  Denies the allegations of Paragraph 42.

43.   On March 22, 2007, a delegate of the Secretary of the Treasury made an assessment in accordance with law against the counterclaim defendant Charles Green for a tax penalty, pursuant to 26, U.S.C. § 6672, by reason of his willful failure to collect, truthfully account for, and pay over income and Federal Insurance Contributions Act ("FICA") taxes withheld from employees of Tolbert's Roofing and Construction, Inc.  The chart below shows the amounts assessed for the respective quarters:

| TAX PERIOD ENDING | ASSESSED AMOUNT OF TRUST FUND RECOVERY PENALTY |
| --- | --- |
| March 31, 2003 | $44,327.09 |
| June 30, 2003 | $9,038.23 |
| September 30, 2003 | $6,784.75 |
| December 31, 2003 | $18,738.12 |
| March 31, 2004 | $45,471.88 |

| | |
|---|---|
| June 30, 2004 | $27,151.76 |
| September 30, 2004 | $45,471.88 |

**ANSWER**: Defendant Mark Clark admits the allegations in Paragraph 43.

44.     A delegate of the Secretary of the Treasury duly issued notice of the assessments described in Paragraph 43, above, to the counterclaim defendant Charles Green, and made demand for payment.

**ANSWER**: Defendant Mark Clark currently lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44.

45.     Despite notice and demand, the counterclaim defendant Charles Green has failed, neglected or refused to pay his tax liabilities in full, and as such, he remains indebted to the United States for an unpaid assessed balance of $196,983.76, less any payments and credits, plus interest accruing after March 22, 2007.

**ANSWER**: Defendant Mark Clark admits the allegations in Paragraph 45.

WHEREFORE, the Plaintiff and Counterclaim Defendant, Mark T. Clark prays that the Court enter a judgment:  (a) dismissing the counterclaim of the defendant United States of America against Mark T. Clark; (b) entering a judgment in favor of the plaintiff Mark Clark, against the defendant United States of America, in the amount prayed for in Plaintiff's Complaint plus interest accruing; (c) enter a judgment in favor of Mark Clark and against the United States of America for Clark's fees and costs in this action; and (d) for such other relief as

the court shall deem just in proper.

                                              Respectfully submitted,

                                              MARK T. CLARK

                                              /s/ Timothy M. Hughes
                                              By one of his attorneys
                                              Timothy M. Hughes
                                              Lavelle Law, Ltd.
                                              501 W. Colfax
                                              Palatine, Illinois 60067
                                              Telephone:  (847) 705-9698
                                              Fax:  (847) 705-1702
                                              Email:  thughes@lavellelaw.com

S:\1001-1250\1043\Tax Court\Answer to Counterclaim.doc