*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: 08cv2790                    Assigned/Issued By: j. n.

Judge Name: _____             Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*    ☐ $350.00      ☐ $39.00       ☐ $5.00
                 ☐ IFP          ☐ No Fee       ☐ Other _____
                 ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____            Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                                  ☐ Alias Summons
☐ Third Party Summons                      ☐ Lis Pendens
☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons       _____
                                           _____
                                           *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets              ☐ Other
☐ Writ _____                  _____
    *(Type of Writ)*                       _____
                                           *(Type of issuance)*

_1_ Original and _0_ copies on _8-26-08_ as to _charles green_
                              *(Date)*